IN THE MATTER OF THE ESTATE OF ANDREW HOOD, *Deceased.*—Motion to dismiss appeal denied. Order and decree of surrogate reversed, with costs. Opinion by DYKMAN, J.; BARNARD, P. J., dissenting.

STEPHEN D. COLEMAN *v.* THOMAS R. SHARP, *Receiver, etc.*— Judgment and order denying new trial affirmed, with costs. Opinion by CULLEN, J.; DYKMAN, J., dissenting.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* JAMES DEVLIN *v.* THE FIRE COMMISSIONERS OF BROOKLYN.— Order dismissing relator affirmed, with costs. Opinion by DYKMAN, J., and BARNARD, P. J.

WILLIAM B. SLOCUM, *Appellant, v.* JOHN W. BLAUVELT, *Executor, etc., Respondent.*— Judgment reversed and new trial granted. Order of reference vacated. Opinion by BARNARD, P. J.

OSCAR F. ARCHER, *Respondent, v.* THOMAS W. RADFORD, *Appellant.* Judgment of County Court reversing City Court of Yonkers reversed, and judgment of City Court affirmed, with costs. Opinion by DYKMAN, J.

GEORGE GURNEE and another, *Respondents, v.* ELIZA B. SCOTT, *Appellant.* — Judgment of County Court and of Justices' reversed, with costs. Opinion by BARNARD, P. J.; DYKMAN, J., dissenting.

MARY SWEET, *Respondent, v.* HARRIET A. SEACORD, *Appellant.* — Judgment of County Court and order denying new trial reversed and new trial granted, costs to abide event. Opinion by BARNARD, P. J.; CULLEN, J., dissenting.

IN THE MATTER OF ELM STREET, YONKERS. — Order confirming commissioners' report affirmed, with costs. Opinion by DYKMAN, J.; BARNARD, P. J., not sitting.

ELIZABETH WALSH and others, *Appellants, v.* THE NEW YORK, WEST SHORE AND BUFFALO RAILWAY COMPANY, *Respondents.* — Reargument ordered. BARNARD, P. J., not sitting.

JOHN W. JONES and another, *as Administrators, etc., Respondents, v.* CELINE W. POWER and others, *Appellants.* — Judgment affirmed, with costs. Opinion by DYKMAN, J.; BARNARD, P. J., not sitting.